No. 395. GIANFALA ET AL. *v.* TEXAS COMPANY. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is reversed and the case is remanded to the District Court with directions to reinstate its judgment. *South Chicago Coal & Dock Co.* v. *Bassett,* 309 U. S. 251; *Summerlin* v. *Massman Const. Co.,* 199 F. 2d 715; *Wilkes* v. *Mississippi River Sand & Gravel Co.,* 202 F. 2d 383; *Gahagan Const. Corp.* v. *Armao,* 165 F. 2d 301, 305. *Raymond H. Kierr* for petitioners. ■

No. 396. HOLMES ET AL. *v.* CITY OF ATLANTA ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. *Per Curiam:* The petition for writ of certiorari is granted, the judgments both of the Court of Appeals and the District Court are vacated and the case is remanded to the District Court with directions to enter a decree for petitioners in conformity with *Mayor & City Council of Baltimore City* v. *Dawson, ante,* p. 877, decided this day. *Robert L. Carter, Thurgood Marshall* and *E. E. Moore* for petitioners. *J. C. Murphy* and *Henry L. Bowden* for respondents. ■

No. 82, Misc. DE LUCIA *v.* NEW JERSEY. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is reversed and the case is remanded to the District Court for a hearing concerning the circumstances surrounding petitioner's plea of guilty. Petitioner *pro se. Grover C. Richman, Jr.,* Attorney General of New Jersey, and *Eugene T. Urbaniak,* Deputy Attorney General, for respondent. ■